# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
Civil Action No. 3:08-cv-115

| | |
|---|---|
| LISA HOPKINS<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHARLOTTE LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL GROUP, INC., and LIBERTY MUTUAL INSURANCE COMPANY,<br><br>　　　　Defendants | ORDER REGARDING<br>JOINT STIPULATION OF DISMISSAL<br>WITH PREJUDICE AS TO DEFENDANTS<br>CHARLOTTE LIBERTY MUTUAL<br>INSURANCE COMPANY AND LIBERTY<br>MUTUAL GROUP, INC. |

THIS CAUSE came before this Court on the parties' Joint Stipulation of Dismissal As To Defendants Charlotte Liberty Mutual Insurance Company and Liberty Mutual Group, Inc.

ORDERED AND ADJUDGED as follows:

Defendants Charlotte Liberty Mutual Insurance Company and Liberty Mutual Group, Inc. are hereby dismissed from this action with prejudice. This action shall continue as "Lisa Hopkins v. Liberty Mutual Insurance Company."

Signed: April 7, 2008

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge